UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-five,

| | |
|---|---|
| Summit Life Center, Inc., a New York not?for?profit corporation, The Evergreen Association, Inc., a New York not?for?profit corporation doing business as Expectant Mother Care, EMC Frontline Pregnancy Centers, | **ORDER** <br> Docket No. 24-2481 |

      Plaintiff - Appellees,

National Institute of Family and Life Advocates, Gianna's House, Inc., Choose Life of Jamestown, Inc., doing business as Options Care Center,

      Plaintiff - Appellees-Cross-Appellants,

  v.

Letitia James,

      Defendant - Appellant.

Counsel for APPELLEES has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 3, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before March 3, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

