# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of February, two thousand twenty-five.

_____

Summit Life Center, Inc., a New York not−for−profit corporation, The Evergreen Association, Inc., a New York not−for−profit corporation doing business as Expectant Mother Care, EMC Frontline Pregnancy Centers,

    Plaintiff - Appellees,

National Institute of Family and Life Advocates, Gianna's House, Inc., Choose Life of Jamestown, Inc., doing business as Options Care Center,

    Plaintiff - Appellees-Cross-Appellants,

 v.

Letitia James,

    Defendant - Appellant.
_____

**ORDER**

Docket Nos. 24-2481(L), 24-2630(XAP)

    Appellees-Cross-Appellants move for voluntary dismissal of their cross-appeal docketed under 24-2630. They also request an extension of time until March 17, 2025 to file their response brief in 24-2481.

    IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

                          For the Court:
                           Catherine O'Hagan Wolfe,
                           Clerk of Court

