

National public interest law firm defending life, family, and freedom.

March 4, 2025

The Honorable Catherine O'Hagan Wolfe
Clerk of the Circuit Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Attention: Brenda Mojica, Case Manager**

Re: **NIFLA v. James, 24-2481**
**Correction of Caption**

Dear Ms. Mojica:

      Please be advised that Summit Life Center, Inc, and The Evergreen Association, Inc, d/b/a Expectant Mother Care and EMC Frontline Pregnancy Centers, are not parties to this appeal by NIFLA and that the caption should be amended to refer to both entities simply as plaintiffs below. Summit Life and Evergreen will be moving on consent to file an amicus brief after the filing of NIFLA's answering brief.

Respectfully submitted,

/s/Christopher A. Ferrara
Christopher A. Ferrara
Senior Counsel
THOMAS MORE SOCIETY
148-29 Cross Island Parkway
Whitestone, Queens, NY 11357
Tel. (718) 357-1040
cferrara@thomasmoresociety.org

Cc: counsel of record